UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY JUNIOR JACKSON, | Case No. 1:20-cv-00205-SKO (PC) |
| Plaintiff, | |
| v. | ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY **FCI MENDOTA** |
| R. YNIQUEZ, et al., | |
| Defendants. | |

Plaintiff is a federal prisoner proceeding *pro se* in this civil rights action. On February 14, 2020, the Court granted Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) pursuant to 28 U.S.C. § 1915. (Doc. 4.) The Court further ordered the California Department of Corrections and Rehabilitation (CDCR) to send the Clerk of the Court payments from Plaintiff's inmate trust account. (*Id.*) However, Plaintiff is not in the custody of CDCR; he is in the custody of FCI Mendota. Therefore, the Court corrects this error *nunc pro tunc* with the present order.

The Court ORDERS:

1. **The Warden of FCI Mendota or his designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty percent of the preceding month's income credited to the account, and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350 has been**

**collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action.**

2. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Warden of FCI Mendota.
3. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

IT IS SO ORDERED.

Dated: **February 14, 2020**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE